NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1437

O2 MICRO INTERNATIONAL LIMITED,

Plaintiff-Appellee,

v.

TAIWAN SUMIDA ELECTRONICS, INC.,

Defendant-Appellant.

Appeal from the United States District Court for the Eastern District of Texas in case no. 2:03-CV-00007, Judge T. John Ward.

## ORDER

Taiwan Sumida Electronics, Inc. (TSE) submits a status report and a supplemental status report indicating that this appeal is moot and requesting that the appeal be dismissed. The court treats TSE's submissions as a motion to voluntarily dismiss its appeal. O2 Micro International Limited has not responded.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)    The motion is granted.

(2)    Each side shall bear its own costs.

FOR THE COURT

OCT 0 1 2009

_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    Duane H. Mathiowetz, Esq.
       Nathan Lane, III, Esq.
s17

ISSUED AS A MANDATE:    OCT 0 1 2009

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 0 1 2009

JAN HORBALY
CLERK